1  LAWRENCE J. GORNICK (SBN 136290)
   EMILY M. CHARLEY (SBN 238542)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   One Bush Street, 14th Floor
3  San Francisco, CA  94104
   Telephone:  415-646-7160
4  Facsimile:  415-981-1270

5  Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  VICKY REYNOLDS AND            )  CASE NO.  C 06 1529 MHP
    GRANT REYNOLDS,               )
12                                )  Before the Honorable MARILYN HALL
                                  )  PATEL
           Plaintiff,             )
13                                )
                                  )
14     v.                         )  [PROPOSED] ORDER VACATING
                                  )  AND/OR CONTINUING CASE
15  ASTRAZENECA PHARMACEUTICALS,  )  MANAGEMENT CONFERENCE
    L.P., et al.                  )
16                                )  Conference Date:   July 3, 2006
           Defendants.            )  Conference Time:   4:00 p.m.
17                                )  Location:          Courtroom 15, 18th Floor
                                  )                     San Francisco
18                                )
                                  )
19                                )
                                  )
20                                )

21

22        For the reasons set forth in Plaintiffs' Case Management Conference Statement, the Court

23  hereby continues the July 3, 2006 Case Management Conference ("CMC") to NOV 13, 2006          ,

24
    at  4:00 p.m.   .  In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel*
25
    *Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation,* far
26

27

28

                              - 3 -      [PROPOSED]  ORDER

1  enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7

2  calendar days before the CMC, pursuant to this Court's Standing Order.

3     **IT IS SO ORDERED.**

4  DATED:  June 30, 2006

5                                 Honorable Marilyn H. Patel

6                                 United States



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28